UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 4, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

AMERICAN BANKERS ASSOCIATION,
 et. al.,

        Plaintiffs,

        v.

BILL LOCKER, et. al,

        Defendants. .

CIV S-04-0778 MCE KJM

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFFS IN ACCORDANCE WITH THE COURT'S ORDER OF OCTOBER 4, 2004.**

Jack L. Wagner,
Clerk of the Court

ENTERED:   October 4, 2005

by:_/s/ M. Krueger_____
    M. Krueger, Deputy Clerk