# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

                                             **JUDGMENT IN A CIVIL CASE**

**AMERICAN BANKERS ASSOCIATION, ET AL.,**

                                             CASE NO: **2:04−CV−00778−MCE−KJM**

       v.

**BILL LOCKYER, ET AL.,**

**XX** −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

      **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 10/27/08**

                                                    **Victoria C. Minor**
                                                       Clerk of Court

ENTERED: **October 28, 2008**

                                          by: /s/  C. Manzer
                                                        Deputy Clerk